UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**SOLANGEL M. BELLO**　　　　　　　　　　Case Number 19-20216-AJC
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor.
_____/

### DEBTOR'S MOTION TO AVOID LIEN IMPAIRING HOMESTEAD EXEMPTION

Debtor, **SOLANGEL M. BELLO,** by and through undersigned counsel, pursuant to 11 U.S.C. § 522(f) and Rules 4003 and 9014 of the Federal Rules of Bankruptcy Procedure, hereby files this *Motion to Avoid Lien Impairing Homestead Exemption*, and states:

1.　　**SOLANGEL M. BELLO** (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on July 31, 2019 (the "Petition Date").

2.　　The Debtor claimed as homestead her interest in the real property located at 16424 NW 77 Path, Miami, FL 33016 (the "Property"). The Property is legally described as follows:

**Folio No.: 32-2015-031-0470**
Lot 12, Block 6, of Primavera First Addition, according to the Plat thereof, as recorded in Plat Book 154, Page 20 of the Public Records of Miami-Dade County, FL.

The basis for the Debtor's claimed exemption of the Property is Article X, Section 4(a), of the Florida Constitution, which provides that the Debtor's homestead is exempt from the claims of all nonconsensual liens.

3.　　Before the Petition Date, the following creditor was awarded a final judgment against the Debtor and the judgment was recorded in the Public Records in and for Miami-Dade County, Florida (the "Judgment") as follows:

| Creditor | Official Records Book | Page |
|---|---|---|
| The Padron Law Group | 28412 | 4661 |
| | 28385 | 2290 |

A copy of the Judgment is attached hereto as Exhibit "A" and is incorporated herein by reference.

4. The Judgment impairs the Debtor's homestead exemption on the Property.

5. The Debtor is entitled to an order avoiding the Judgment under 11 U.S.C. §522(f) and Article X, Section 4(a), of the Florida Constitution.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order avoiding the judgment lien and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail, this 29th day of August 2019 to the following parties:

| | |
|---|---|
| Nancy K. Neidich, Chapter 13 Trustee<br>ecf2@ch13herkert.com and<br>e2c8f01@ch13herkert.com<br>*Via CM/ECF* | The Padron Law Group, PL<br>135 San Lorenzo Avenue, Suite 650<br>Coral Gables, FL 33146 |
| The Padron Law Group, PL<br>c/o Luis M. Padron - RA<br>135 San Lorenzo Avenue, Suite 650<br>Coral Gables, FL 33146 | |

| CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B) | KINGCADE & GARCIA, P.A |
|---|---|
| **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way • Miami, Florida 33145-2960<br>www.MIAMIBANKRUPTCY.com<br>Telephone: 305-285-9100 • Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade, Esq.<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>☐  Jessica L. McMaken, Esq., FBN 580163 |

CFN 2012R0924244 OR BK 28412 Pg 4661; (1ps)
RECORDED 12/24/2012 08:37:29
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 11-37539 CA-21

THE PADRON LAW GROUP, PL, f/k/a
LUIS M. PADRON & ASSOCIATES, P.A.,
    Plaintiff,

vs.

SOLANGEL M. BELLO, a/k/a
SOLANGEL BELLO-ALFONSO,
    Defendant.

**FINAL JUDGMENT AGAINST
SOLANGEL M. BELLO, a/k/a
SOLANGEL BELLO-ALFONSO**

THIS CAUSE having come to be heard on November 28, 2012, upon Plaintiff's Motion for Entry of Final Judgment, the Court having heard argument of counsel and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, THE PADRON LAW GROUP, PL, f/k/a LUIS M. PADRON & ASSOCIATES, P.A., recovers from the Defendant, SOLANGEL M. BELLO, a/k/a SOLANGEL BELLO-ALFONSO, the sum of $96,788.44, plus court costs of $526.00, and attorney's fees of $1,500.00, for a total of $98,814.44, that shall bear interest at the rate of 4.75%, for all of the above let execution issue.

ORDERED in MIAMI-DADE County, Florida, on November 28, 2012.

SARAH I. ZABEL
CIRCUIT COURT JUDGE

cc:  Susan M. Ludovici, Esq., attorney for Plaintiff
    Florida Bar #559776
    Ludovici & Ludovici, P.A.
    17415 South Dixie Highway
    Palmetto Bay, FL 33157-5491

Plaintiff:
THE PADRON LAW GROUP, PL
135 San Lorenzo Ave., Suite 650
Coral Gables, FL 33146

SOLANGEL M. BELLO, a/k/a SOLANGEL BELLO-ALFONSO
16424 NW 77 Path
Miami Lakes, FL 33016

Bk 28385 Pg 2290 CFN 20120871799 12/05/2012 11:02:18 Pg 1 of 1 Mia-Dade Cty, FL