UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                          Bk No.: <u>19-20216-AJC</u>

SOLANGEL M. BELLO                                                Chapter 13
A/K/A SOLANGEL D. BELLO
A/K/A SOLANGEL MERECDES BELLO
A/K/A SOLANGEL BELLO,
<u>               Debtor                   </u>       /

## EX-PARTE MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

Comes now, U.S. Bank Trust, N.A., as Trustee for Lsrmf Mh Master Participation Trust II, by and through Counsel undersigned and files this Motion to Approve Loan Modification Agreement and in support thereof would state as follows:

1.   The Debtor has been offered an attached loan modification per the terms of the offer attached as an exhibit hereto.

2.   The Lender has approve the Debtor for trial loan modification. The trial modification will consist of three payments of $1,713.93 being made over three months. The payments need to be made on April 1, 2020, May 1, 2020 and June 1, 2020. Once the last trial payment has been made successfully, then the Lender will offer a permanent loan modification.

3.   Payment(s) made to the Chapter 13 Trustee constitute timely payments made to Creditor, during the remainder of the Plan and the Debtor will continue making the modified mortgage payments after the Plan has completed.

4.   If the Trustee is disbursing payments to Creditor or is holding remaining funds, the Trustee shall disburse payments as soon as practicable.

5.   The payment address is:

   CALIBER HOME LOANS, INC.
   P.O. Box 24330
   Oklahoma City, OK 73124-0330

PH # 102068                                                                    1

**WHEREFORE,** Creditor requests Ex Parte Motion to Approve Mortgage Modification Agreement be granted and for such other and further relief as this Court deems proper.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

February 14, 2020

>/s/ Brenda Carpenter, Esquire
>Brenda Carpenter, Esq., Florida Bar No. 108351
>Phelan Hallinan Diamond & Jones, PLLC
>2001 NW 64th Street
>Suite 100
>Ft. Lauderdale, FL 33309
>Tel: 954-462-7000 Ext. 53343
>Fax: 954-462-7001
>Email: brenda.carpenter@phelanhallinan.com
>FLSD.bankruptcy@phelanhallinan.com



P.O. Box 24610
Oklahoma City, OK 73124-0610

02/03/2020

SOLANGEL D BELLO
C/O TIMOTHY S KINGCADE ESQ
1370 CORAL WAY
MIAMI, FL 33145

Bankruptcy Case Number: 19-20216

Borrower Name: SOLANGEL D BELLO

Dear SOLANGEL D BELLO,

The following documents are being sent to you because our records indicate that you are the borrower's attorney for the above-mentioned bankruptcy case number. Please review these documents with the borrower and return the executed documents as soon as possible.

If you have any questions regarding this information or any other concerns regarding this loan, please contact our Loss Mitigation Department toll free at 866-650-0968. Our hours of operation are 8:00 a.m. to 7:00 p.m., Central Time, Monday through Friday.

Sincerely,
Loss Mitigation Department
Caliber Home Loans, Inc.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**

Authorization Third Party Cover Letter

(rev. 5/04/2015)
Page 1 of 1



February 3, 2020
SOLANGEL D BELLO
C/O TIMOTHY S KINGCADE ESQ
1370 CORAL WAY
MIAMI, FL 33145

Property Address: 16424 NW 77TH PATH
MIAMI LAKES, FL 33016

Dear SOLANGEL D BELLO,

**Congratulations!** You are approved for a Trial Period Plan. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter to understand all the steps you need to take to modify your loan.

| Current principal and interest payment | Proposed principal and/or interest payment[1] |
|---|---|
| $738.12 | $746.20 |
| Current taxes and insurance payment (estimated if escrowed) | Proposed taxes, insurance, and/or ancillary payment (loan will be escrowed) |
| $742.86 | $967.73 |
| Current total monthly payment (including estimated amount if escrowed) | Proposed total monthly payment |
| $1,534.84 | $1,713.93 |

**What you need to do to accept this offer:**

1. Sign and return the Acknowledgment page below by February 23, 2020 using the return information below.

Caliber Home Loans, Inc.<br>
<b>Attn: Loss Mitigation Modification</b><br>
13801 Wireless Way<br>
Oklahoma City, OK 73134<br>
Fax Number: 405-608-2011<br>
Email: calibermods@caliberhomeloans.com

---

[1] New monthly payment amount will be accomplished through a deferral or capitalization of outstanding balances, forgiveness of outstanding balances (if applicable), maturity date extension, and/or an interest-only payment. You should refer to your loan modification agreement for details regarding the terms of your payment. Borrower(s) is informed that forgiveness of principal may have adverse credit and legal consequences and may result in taxable income to Borrower(s).

---

Stip To Mod Letter

(rev. 07/14)
Page 1 of 6

2. <u>Send your monthly trial period payments - instead of your normal monthly payment - as follows:</u>

First payment : $1,713.93 due by April 1, 2020

Second payment : $1,713.93 due by May 1, 2020

Third payment : $1,713.93 due by June 1, 2020

We must receive each trial payment within 30 days of the due date. **If you miss a payment, the plan will terminate.**

**Estimated Modification Terms**
Below is a summary of your estimated loan terms following the completion of your Trial Period Plan. You'll be provided the specific terms of the loan modification when you've completed your Trial Period Plan.

| Estimated Loan Terms After Modification | |
|---|---|
| *Loan terms are estimates and subject to change.* | |
| Interest Rate (5 Year with Step) | 2.5% |
| Number of Loan Payments | 60 months |
| Monthly Principal and Interest Payment | $746.20 |
| Monthly Escrow Amount Due | $967.73 |
| Monthly Principal and Interest plus Escrow Payment | $1,713.93 |

Your proposed Modification terms include a step feature; the above table outlines the initial rate and payment detail.

This Trial Period Plan offer is contingent on your having provided accurate and complete information, including Caliber confirming you are the valid Successor in Interest, if applicable. We reserve the right to revoke this offer or terminate the plan following your acceptance if we learn of information that would make you ineligible for the Trial Period Plan.

Upon successful completion of the Trial Period Plan, we will send you a Modification Agreement requiring your signature. If the Agreement is signed and returned by the date stated on the Agreement, your mortgage will be modified according to the terms set forth in that Agreement. We expect the monthly payment in the Agreement will be similar to the trial payment, but amounts could vary. Also, **we may defer delinquent escrow balances and/or ancillary amounts to be due at payment in full of the debt or the maturity date, whichever happens first.**

**Once you complete this trial period, you must return your first payment with your signed agreement prior to the agreement return date.**

**If you do not return the signed Modification Agreement by the due date, your payment will return to the current monthly payment amount, and you will owe all amounts due under the existing terms of your loan.**

If you are not one of the original borrowers on this loan and are assuming personal liability for the loan, the signatures of all titleholders will be required on the Modification Agreement. In the event a titleholder on the loan does not sign the Agreement and/or requests a release of liability for this loan, your Modification offer will be contingent on Caliber receiving <u>recorded</u> evidence all titleholders not party to the Modification Agreement have relinquished their title interest in the property. If Caliber does not receive <u>recorded</u> evidence all titleholders have relinquished their title interest in the property, this Modification offer will be rescinded.

If applicable, your Modification offer may be contingent on approval from the current private mortgage insurance provider.

If applicable, your Modification offer is subject to Caliber receiving final approval from your state's Hardest Hit Fund Agency as well as receiving the funds they are approving by the indicated date below on this letter.



For payment options, please visit our website at www.CaliberHomeLoans.com under the Current Customers section. If you have any questions, if you cannot afford the trial period payments shown above, or if you have decided to leave your home but still want to avoid foreclosure, please call Caliber at (800) 401-6587. We may be able to help you. Our hours are Monday - Thursday 8:00 a.m. - 8:00 p.m., CST Friday 8:00 a.m. - 7:00 p.m., CST.

**Loan Modification Review**

Based on our review of your financial circumstances, you are approved for the following Modification: Private 5 Year Short Term Modification.

You were evaluated for mortgage payment assistance using the eligibility requirements of the investor/owner of your mortgage loan. These requirements for determining borrower eligibility for a loss mitigation alternative include the use of a hierarchy evaluation approach. This is where borrowers are evaluated for programs in a specific order that is determined by the investor/owner of your loan. As a result, a borrower who is eligible for a loss mitigation program higher in the hierarchy order, is ineligible for a loss mitigation program lower in the hierarchy, to the extent applicable.

Below is a summary of the trial and permanent loss mitigation options for which you were reviewed but deemed ineligible following the review set forth above:

| Product | Denial Reason |
| --- | --- |
| Formal Repayment Plan | Insufficient funds available to support a Formal Repayment Plan. |
| Private Fixed Term Extension Modification | We are unable to offer this product due to Investor guidelines |

**Please note that your loss mitigation request was not evaluated based on other factors or criteria other than those referenced above.**

**Right to Appeal**

You have the right to appeal our determination not to offer you the loan modification options listed above. If you would like to appeal, you must contact us in writing at the following address provided below, no later than 03/04/2020, and state that you are requesting an appeal of our decision:

13801 Wireless Way
Oklahoma City, OK 73134

You must include in the appeal your name, property address, and mortgage loan number. You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires 03/04/2020. Any appeal requests or documentation received after 03/04/2020 may not be considered.

If you elect to appeal, we will provide you written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal. Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal, and will be added to the total amount due to bring your loan current. If we determine on appeal that you are eligible for a loan modification, we will send you an offer and information on how to accept the offer. If you choose to accept the offer, you will be required to do so within 14 calendar days from the date of the appeal decision.

> **If you would like to assert an error relating to the servicing of your mortgage loan and/or request information relating to the servicing of your mortgage loan, you must use the following address we have designated for written requests regarding your mortgage loan: Caliber Home Loans Inc. P.O. Box 270415, Oklahoma City, OK 73137.**

Sincerely,

Single Point of Contact
SPOC Department
Caliber Home Loans, Inc.

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

If your debt has been discharged in bankruptcy or you are subject to an automatic stay in a bankruptcy proceeding, Caliber Home Loans, Inc. acknowledges that you may not be liable for this debt, and this communication is being sent for informational purposes only.

Stip To Mod Letter



(rev. 07/14)
Page 4 of 6

### Acknowledgment

The terms of your Trial Period Plan below are effective on the day you make your first Trial Period payment, provided you pay it within 30 days of April 1, 2020 and you have returned the Acknowledgment. If you fail to timely make your second or third payments within 30 days of their due dates, this offer will be revoked and foreclosure proceedings may continue. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Trial Period Plan. If you fail to comply with the terms of the Trial Period Plan, a new notice of default, notice of intent to accelerate, notice of acceleration, or similar notices ("foreclosure notices") will not be necessary to continue the foreclosure action. You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law.
- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you may now be required to do so unless prohibited by state law:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You will be required to establish an escrow account and to pay required escrows into that account. You acknowledge that these amounts may vary and will affect the amount of your total monthly payment.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**Credit Reporting:**

- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. **CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. AS A RESULT, ENTERING INTO A TRIAL PERIOD PLAN MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE.** For more information about your credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.



This Acknowledgement is signed on the date indicated below (all borrowers who sign the original note must sign):

**Borrower**

*Solangel Bello*  2/12/2020
SOLANGEL D BELLO                 Date

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

SOLANGEL M. BELLO
16424 NW 77TH PATH
MIAMI LAKES, FL 33016

TIMOTHY S. KINGCADE, ESQ, Esquire
1370 CORAL WAY
MIAMI, FL 33145

NANCY K. NEIDICH, (TRUSTEE)
WWW.CH13MIAMI.COM, POB 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: February 17, 2020

/s/ Brenda Carpenter, Esquire
Brenda Carpenter, Esq., Florida Bar No. 108351
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 53343
Fax: 954-462-7001
Email: brenda.carpenter@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

PH # 102068