

**ORDERED in the Southern District of Florida on November 9, 2020.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

SOLANGEL M BELLO                                CASE NO. 19-20216-AJC
*AKA* SOLANGEL D BELLO                          CHAPTER 13
*AKA* SOLANGEL MERECDES BELLO
*AKA* SOLANGEL BELLO

             Debtor.
_____/

**ORDER GRANTING MOTION FOR ORDER
CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT**

     **THIS CASE** came on for consideration on the Motion for Order Confirming the Automatic Stay is not in Effect ("Motion") filed by Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust IV, U.S. Bank National Association, not in its individual capacity but solely as trustee ("Movant") (Doc. No. 98).  Movant, by submitting this form of order, represents that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and the relief to be granted in this Order is the identical relief requested in the Motion.

The Court, having reviewed the Motion and being otherwise fully advised on the premises, finds it appropriate to grant the requested relief. It is

**ORDERED:**

1. The Motion (Doc. No. 98) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to be terminated as to Movant's interest in the following property:

**ALL THAT CERTAIN LAND IN MIAMI-DADE COUNTY, FLORIDA, TO-WIT:**

**LOT(S) 12, BLOCK 6 OF PRIMAVERA ADDITION 1 AS RECORDED IN PLAT BOOK 154, PAGE 20, ET SEQ., OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.**

**AKA 1624 NW 77th Path, Miami Lakes, FL 33016 ("Property")**.

3. Movant has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties listed below and file a Certificate of Service with the Court.

**Copies furnished to:**
**VIA FIRST CLASS MAIL**
Solangel M Bello
16424 NW 77th Path
Miami Lakes, FL 33016

**VIA CM/ECF NOTICE**
Timothy S Kingcade, Esq
1370 Coral Way
Miami, FL 33145

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130