UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**SOLANGEL M. BELLO**

Case Number: 2019-20216-AJC
Chapter 13

    Debtor.
_____/

**DEBTOR'S MOTION TO REINSTATE CASE AND CONVERT CASE TO CHAPTER 7**

The Debtor, **SOLANGEL M. BELLO**, by and through undersigned counsel, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure made applicable by Rule 9024 of the Federal Rules of Bankruptcy Procedure, files this *Motion to Reinstate Case and Convert Case to a Chapter 7 Case,* and avers:

1. This case was filed as a Chapter 13 bankruptcy on July 31, 2019.

2. The case was dismissed on May 5, 2022 due to the Debtor's failure to remain current with the plan payments.

3. The Debtor wishes to convert her case to a Chapter 7 because she does not have the ability to make Chapter 13 plan payments.

4. The Debtor respectfully requests that the court enter an order reinstating the Chapter 13 case and converting the case to a Chapter 7.

**WHEREFORE,** the Debtor, **SOLANGEL M. BELLO,** seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to all parties registered to receive electronic service and via Regular US Mail to all parties on the attached service list on June 2, 2022.

                                     **KINGCADE & GARCIA, P.A**
                                     Counsel for the Debtor
                                     Kingcade Building
                                     1370 Coral Way ▪ Miami, Florida 33145-2960
                                     WWW.MIAMIBANKRUPTCY.COM
                                     Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

                                     /s/ Timothy S. Kingcade
                                     x  Timothy S. Kingcade, Esq., FBN 082309
                                        Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-20216-AJC<br>Southern District of Florida<br>Miami<br>Thu Jun  2 14:25:03 EDT 2022 | SELECT PORTFOLIO SERVICING, INC.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 |
| Specialized Loan Servicing LLC<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bank Trust, N.A., as Trustee for LSRMF<br>Caliber Home Loans, Inc<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |
| Albertlli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Bank of America<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>C/O Lance Forman, Esq.<br>1615 South Congress Avenue, Suite 200<br>Delray Beach, FL 33445-6326 | Bank of America, NA<br>Aldridge Pite, LLP<br>3375 Piedmont Road, NE Suite 500<br>Atlanta, GA 30305 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 |
| Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Comenity Bank/beallsol<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/beallsol<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | First Federal Credit & Collections<br>5821 Hollywood Blvd Ste<br>Hollywood, FL 33021-6327 | First Federal Credit & Collections<br>Po Box 813787<br>Hollywood, FL 33081-3787 |

| | | |
|---|---|---|
| First PREMIER Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 |
| IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Inphynet South Broward, LLC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Merrick Bank/CardWorks<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 |
| Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1238 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mobiloans, LLC<br>Attn: Bankruptcy<br>Po Box 1409<br>Marksville, LA 71351-1409 |
| Mobiloans, LLC<br>Po Box 1409<br>Marksville, LA 71351-1409 | Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>8950 Cypress Waters Blvd<br>Dallas, TX 75019-4620 |
| Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, Texas 75261-9096 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | River Valley Agcredit<br>408 E Broadway<br>Mayfield, KY 42066-2406 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| Synchrony Bank/Gap<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | TD Bank USA<br>C/O President or Vice President<br>2035 Limeston Road<br>Wilmington, DE 19808-5529 |
| TD Bank USA, N.A<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3440 | The Padron Law Group, PL<br>135 San Lorenzo Ave, Ste 650<br>Miami, FL 33146-1526 | The Padron Law Group, PL<br>C/O Luis M. Padron, Esq<br>135 San Lorenzo Ave, Ste 650<br>Miami, FL 33146-1526 |

| | | |
|---|---|---|
| Town of Miami Lakes<br>C/O Lorenzo Cobiella, Esq.<br>Gastesi & Associates, PA<br>8105 NW 155th Street<br>Hialeah, FL 33016-5872 | Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | U.S. Bank National Association, as Trustee,<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| U.S. Bank Trust, N.A.,<br> Caliber Home Loans, Inc.<br> 13801 Wireless Way<br> Oklahoma City, OK 73134-2500 | U.S. Bank Trust, N.A., as Trustee et al<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | Westlake Financial Services<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3847 |
| Westlake Financial Services<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Solangel M Bello<br>16424 NW 77th  Path<br>Miami Lakes, FL 33016-8414 |
| Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 | Tony Roca<br>The Roca Law Firm, P.A.<br>6303 Blue Lagoon Drive<br>Suite 400<br>Miami, FL 33126-6040 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attention: Recovery Department<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Department of the Treasury<br>Po Box  21126<br>Philadelphia, PA 19114 |
| Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395 | Nationstar Mortgage LLC<br>350 Highland Dr<br>Lewisville, TX 75067 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, N.A. | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)U.S. Bank Trust, N.A., as Trustee for LSRM |
| (u)Miami | End of Label Matrix<br>Mailable recipients     70<br>Bypassed recipients      4<br>Total                   74 | |